UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
MARIBEL REYNOSO,

                Plaintiff,

    -against-

TARGET CORPORATION,

                Defendant.

---------------------------------------X

DOCKET NO.:

**NOTICE OF REMOVAL**

**Supreme Court,
Bronx County**
Index No.:
816628/2023E

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:**

Defendant, TARGET CORPORATION ("Target"), by its attorneys, SIMMONS JANNACE DELUCA, LLP, upon information and belief, respectfully petitions the Court, pursuant to 28 U.S.C. § 1441, as follows:

1. On or about October 23, 2023, the above-captioned civil action was commenced and is now pending in the Supreme Court of the State of New York, County of Bronx, bearing index number 816628/2023E. A trial has not yet been had therein. A copy of the Summons and Verified Complaint is annexed hereto as **Exhibit "A."** Target interposed its Answer on November 16, 2023. A copy of Target's answer is annexed hereto as **Exhibit "B."**

2. The action seeks monetary damages for personal injuries allegedly suffered by plaintiff, Maribel Reynoso, on June 23, 2023 inside a Target store, located at 40 West 225th Street, Bronx, New York. The plaintiff's Verified Complaint sounds in negligence.

3. This action involves a controversy between citizens of different states, in that: (a) plaintiff is a citizen of the State of New York; and (b) defendant, Target is now, and was at the time the action was commenced, incorporated pursuant to the laws of the State of Minnesota with its principal place of business in Minnesota.

4. Accordingly, there is complete diversity between defendant and plaintiff, and this action is one of which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1332.

5. In addition, the amount in controversy requirement is satisfied as defendant received in writing on December 18, 2023, plaintiff's Verified Bill of Particulars, wherein plaintiff claimed damages in excess of $75,000. See paragraph 18 of plaintiff's Verified Bill of Particulars, which is annexed hereto as **Exhibit "C."**

6. This Notice of Removal is being filed within 30 days of receipt of plaintiff's demand for damages in excess of $75,000.

7. Written notice of the filing of this Notice of Removal will be given to plaintiff promptly after the filing of this Notice. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Court of the Supreme Court of the State of New York, County of Bronx promptly after the filing of this Notice.

8. Attached to this Notice, and by reference made a part hereof, are true and correct copies of all process and pleadings filed herein.

9. By filing this Notice of Removal, Target does not waive any defense which may be available to it, specifically including, but not limited to, its right to contest in personam jurisdiction, improper service of process and the absence of venue in this Court or the Court from which this action has been removed.

**WHEREFORE**, defendant prays that the above-captioned action now pending in the Supreme Court in the State of New York, County of Bronx, be removed therefrom to this Court.

Dated:   Hauppauge, New York
         January 11, 2024

SIMMONS JANNACE DELUCA, LLP

BY: _____
    Aric H. Peymann
Attorneys for Defendant
TARGET CORPORATION
**Office and P.O. Address:**
43 Corporate Drive
Hauppauge, New York 11788-2048
(631) 873-4888

TO: Law Offices of Craig Rosuck, P.C.
    Attorneys for Plaintiff
    420 Lexington Avenue
    Suite 2450
    New York, NY 10170
    (212) 953-1818
    824842