UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/2025
```

MARIBEL REYNOSO,

             Plaintiff,

-against-

TARGET CORPORATION,

             Defendants.

24-cv-235 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of the parties' letters about their intent to attend mediation on March 6, 2025, their request to "hold the[] discovery deadlines in abeyance pending the outcome of the mediation," and their request to adjourn the February 27, 2025 conference [ECF Nos. 14, 15]. The parties' requests are GRANTED in part and DENIED in part.

    IT IS HEREBY ORDERED that the parties shall file a joint status letter within three days of the conclusion of the mediation informing the Court whether it was successful.

    IT IS FURTHER ORDERED that, if the parties do not resolve this case through mediation, all fact discovery must be completed by April 3, 2025, and all expert discovery must be completed by June 3, 2025. No further extensions will be granted.

    IT IS FURTHER ORDERED that the conference that was previously scheduled to take place on February 27, 2025 is ADJOURNED to April 17, 2025 at 11:30 a.m. The parties must file a joint status letter and any pre-motion submissions one week before the conference.

    The Clerk of Court respectfully is requested to terminate ECF number 15.

**SO ORDERED.**

Date: February 19, 2025
New York, NY

                                                  **MARY KAY VYSKOCIL**
                                                **United States District Judge**